# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: jfebus | Date Created: 10/8/2020 |
| Case: 1−20−43233−ess | Form ID: pdf002 | Total: 111 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        SS−NP−Select Delaware Owner Trust
cr        Titan Capital ID, LLC
cr        Herc Rentals, Inc.
cr        PMONY, Inc. and Prophet Capital REIT, Inc.
cr        White Oak Projects, LLC
cr        Plenitude Capital LLC
                                                                                                TOTAL: 6

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
tr        David J. Doyaga         david.doyaga.sr@gmail.com
aty       Danielle E Cohen         dcohen@tessercohen.com
aty       David J. Doyaga         david.doyaga.sr@gmail.com
aty       Doris Barkhordar        DorisB@DandSLaw.com
aty       Jerry A Montag         jmontag@seyfarth.com
aty       Marie Polito Hofsdal        mhofsdal@pryorcashman.com
aty       Mark A. Frankel         mfrankel@bfklaw.com
aty       Stephen B Selbst        sselbst@herrick.com
                                                                                                TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Boaz Arik Gilad        659 Bergen Street        Apt 5A        Brooklyn, NY 11238
smg       NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg       NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg       NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg       Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
9880663   156 BROADWAY LLC, & ITS        c/o ROBINSON BROG GREENE GENOVESE        875 THIRD AVE.        9TH FLOOR        New York, NY 10022
9880664   227 Clarkson Investors        c/o SHIBOLETH LLP        ONE PENN PLAZA        New York, NY 10119
9880665   441 Bainbridge LLC        c/o GORDON & GORDON, PC        108−18 QUEENS BLVD., 6TH FL.        Forest Hills, NY 11375
9880666   56 EAST INVESTORS LLC        c/o LAZARUS & LAZARUS        240 MADISON AVENUE        New York, NY 10016
9880667   659 Bergen Board        659 Bergen Street        Brooklyn, NY 11238
9880668   927 ATLANTIC INVESTORS LLC        c/o Shiboleth LLP        1 Penn Plaza        New York, NY 10019
9880669   99−103 GROVE INVESTORS LLC        c/o Shiboleth LLP        1 Penn Plaza        New York, NY 10019
9880679   ATLANTIC WASHINGTON FUNDING        c/o Mavrides, Moyal, Packman & Sadkin        1981 MARCUS AVENUE        New Hyde Park, NY 11042
9880670   Allenby Finance        750 Lexington Ave        27th Floor        Evan Schwartzberg        New York, NY 10022
9880672   Alon Even Chen        c/o Shiboleth LLP        One Penn Plaza        New York, NY 10119
9880671   Alon Even Chen        c/o Shiponi Law Firm PC        10706 71st Road, #2        Forest Hills, NY 11375
9880673   American Express        Correspondence/Bankruptcy        Po Box 981540        El Paso, TX 79998
9880674   Arye Dentzinger LLP        Attention: Tal Lenchiner Esq.        Azrieli Center 1,        Tel Aviv        Israel 6701101
9880675   Arye Lin        c/o Ingram Yuzek Gainen Carroll        250 Park Avenue, 6th floor        New York, NY 10177
9880676   Assaf Fitoussi        2 Pinetree Lane        Old Westbury, NY 11568
9880678   Assaf Krill        c/o Ingram Yuzek Gainen Carroll        250 Park Avenue, 6th floor        New York, NY 10177
9880681   BENCHMARK CONTRACTING, INC.        c/o Mark Rowin, Esq.        300 EAST 42ND STREET        New York, NY 10017
9880680   BENCHMARK CONTRACTING, INC.        c/o RODRIGUEZ−MCCLOSKEY PLLC        300 CADMAN PLAZA WEST, 12TH FLOOR        Brooklyn, NY 11201
9880682   Board of Managers of the        Park Place Condominium        c/o LASSER LAW GROUP. PLLC        10 EAST 39TH STR., 12TH FLOOR        New York, NY 10016
9880683   Brookland Upreal LTD        c/o GISSIN & CO.        HABARZEL 38B        TEL AVIV 6971054        Israel
9880686   CLASSON PROSPECT, INC        c/o RICHARD A. KLASS        16 COURT STREET        28TH FLOOR        Brooklyn, NY 11241
9880684   Capital One        Attn: Bankruptcy        Po Box 30285        Salt Lake City, UT 84130
9880685   Citibank        Citicorp Credit Srvs/Centralized Bk dept        Po Box 790034        St Louis, MO 63179
9880687   Cross River Bank        400 Kelby St.        14th Floor        Fort Lee, NJ 07024
9880690   DOROTHY DRISCOLL        c/o RESTIVO & MURPHY LLP        401 FRANKLIN AVENUE        Suite #107        Garden City, NY 11530
9887546   Danielle Cohen, Esq.        Tesser & Cohen        946 Main Street        Hackensack, NJ 07601

| | | |
|---|---|---|
| 9880688 | David Fiveson | c/o Butler Fitzgerald Fiveson & McCarthy   9 East 45th Street, 9th floor   New York, NY 10017 |
| 9880689 | David Rosenblaum | Prophet Capital   10 East 53 Street, 30th Floor   New York, NY 10022 |
| 9880694 | EXCEL SECURITY SYSTEMS, INC. | c/o RODRIGUEZ–MCCLOSKEY PLLC   300 CADMAN PLAZA WEST   12TH FLOOR   Brooklyn, NY 11201 |
| 9880691 | East 19 BL | c/o CTBC Bank Corp.   41–99 Main Street   Flushing, NY 11355 |
| 9880692 | Esther Steiner | Hakalanit 16   Zichron Yaacov, Israel 3093115 |
| 9880693 | Esther Steiner–Yeshurun | Hakalanit 16   Zichron Yaacov, Israel 3093115 |
| 9880695 | FERGUSON ENTERPRISES LLC | c/o ELIAS C. SCHWARTZ, ESQ   343 GREAT NECK ROAD   Great Neck, NY 11021 |
| 9880698 | GISSIN & CO., ADVOCATES | HABARZEL 38B   TEL AVIV   Israel 6971054 |
| 9880696 | Genesis Capital | Genesis Capital/Goldman Sachs Bank   15303 Ventura Blvd., Suite 700   Sherman Oaks, CA 91403 |
| 9880697 | Gil Ohana | 16 Beech Rd   Englewood, NJ 07631 |
| 9880699 | HERC RENTALS, INC. | c/o TESSER & COHEN   946 MAIN ST   Hackensack, NJ 07601 |
| 9880700 | HERRERA TURCIOS, ROSBIN A. | c/o MARK E. WEINBERGER P.C.   50 MERRICK ROAD   Rockville Centre, NY 11570 |
| 9880701 | Ilan Hauser | c/o Ingram Yuzek Gainen Carroll   250 Park Avenue, 6th floor   New York, NY 10177 |
| 9880702 | Ingram Yuzek Gainen Carroll & Bertolotti | 150 E 42nd Street   19th Floor   New York, NY 10017 |
| 9880703 | Ingram Yuzek Gainen Carroll & Bertolotti | 250 PARK AVENUE   New York, NY 10177 |
| 9880662 | Internal Revenue Service | c/o US Attorney Claims Unit   One Saint Andrews Plaza Rm 417   New York, NY 10007 |
| 9880704 | Jeremy Hopwood | 659 Bergen St   4A   Brooklyn, NY 11238 |
| 9892590 | Jerry A. Montag, Esq. | SEYFARTH SHAW LLP   620 Eighth Avenue, New York, NY 10018   (212) 218–5598   email: jmontag@seyfarth.com |
| 9892591 | Jerry A. Montag, Esq. | SEYFARTH SHAW LLP   620 Eighth Avenue, New York, NY 10018   (212) 218–5598   email: jmontag@seyfarth.com |
| 9880705 | Joseph Shilon | c/o LAZARUS & LAZARUS   240 Madison Ave   New York, NY 10016 |
| 9880706 | LAGE INDUSTRIES, CORP | c/o YENISEY RODRIGUEZ–MCCLOSKEY   300 CADMAN PL   Brooklyn, NY 11201 |
| 9880707 | Leaderim LLP | Sapir Tower, Tuval 40   33rd Floor   Attention: Ran Werner   Ramat Gan Israel |
| 9880708 | Limor Goren | 52 3rd St Apt #2   Brooklyn, NY 11231 |
| 9880709 | Limor Goren | c/o Cullen Dykman   100 Quentin Roosevelt Blvd   Attention: Elizabeth Aboulafia   Garden City, NY 11530 |
| 9880711 | Loan Trust LLC | 11 Middle Neck Rd. #400A   Attention: Allen Shayafeker   Brooklyn, NY 11201 |
| 9880712 | Loan Trust LLC | 11 Middle Neck Rd. #400A   Great Neck, NY 11021 |
| 9880710 | Loan Trust LLC | c/o Deutsch & Schneider   Leslie Perski   79–37 Myrtle Ave   Ridgewood, NY 11385 |
| 9880713 | NETT PROJECT LLC | c/o KING & KING, LLP   629 FIFTH AVE.   BLDG #3–#113   Pelham, NY 10803 |
| 9880715 | NYC Health+ | PO BOX 3475   Toledo, OH 43607 |
| 9880660 | NYS Dept of Tax & Finance | Bankruptcy Unit   PO Box 5300   Albany, NY 12205 |
| 9880714 | Nixon Peabody | 55 West 46th Street   Attention: Erica Buckley   New York, NY 10036 |
| 9880716 | PLENITUDE CAPITAL LLC | c/o SEYFARTH SHAW   620 8TH AVE.   33rd FLOOR   New York, NY 10018 |
| 9880717 | PMONY INC. | c/o HERRICK & FEINSTEIN   2 PARK AVENUE   New York, NY 10016 |
| 9892392 | PMONY, Inc. and Prophet Capital REIT, Inc. | c/o Herrick Feinstein LLP   Attn: Stephen B. Selbst   Two Park Avenue   New York, NY 10016 |
| 9880720 | PROPHET CAPITAL REIT INC | c/o HERRICK & FEINSTEIN   2 PARK AVENUE   New York, NY 10016 |
| 9880719 | Prophet Capital | c/o Mavrides Moyal Packman & Sadkin LLP   276 5th Avenue   New York, NY 10001 |
| 9880718 | Prophet Capital | c/o Mayer Brown   1221 6th Avenue   New York, NY 10020 |
| 9884701 | SS–NP–Select Delaware Owner Trust | c/o Deutsch & Schneider, LLP   79–37 Myrtle Avenue   Glendale, New York 11385 |
| 9880721 | Shai Livni | c/o Ingram Yuzek Gainen Carroll   250 Park Avenue, 6th floor   New York, NY 10177 |
| 9880659 | State of New York | Attorney General's Office   120 Broadway   New York, NY 10271 |
| 9880722 | Summerfield Funding LLC | c/o Cohn Lifland Pearlman Herrmann et al   250 Pehle Ave Suite 401   Allen Susser, Esq.   Saddle Brook, NJ 07663 |
| 9880726 | TIDEWAY CAPITAL FUNDING LLC | c/o KRISS & FEUERSTEIN LLP   360 LEXINGTON AVENUE   Suite 1200   New York, NY 10017 |
| 9880727 | TITAN | 140 East 45th Street   New York, NY 10017 |
| 9880731 | TITAN CAPITAL ID, LLC | 140 East 45th Street   New York, NY 10017 |
| 9880728 | TITAN CAPITAL ID, LLC | c/o PRYOR CASHMAN LLP   7 Times Square   New York, NY 10036 |
| 9880730 | TITAN CAPITAL ID, LLC | c/o Pryor Cashman LLP   7 Times Square, 40th Floor   New York, NY 10036 |
| 9880729 | TITAN CAPITAL ID, LLC | c/o ROY C JUSTICE   600 3RD AVENUE, 2ND FLR   New York, NY 10016 |
| 9880723 | Tamika Nelson | 436 MacDonough Street   Brooklyn, NY 11233 |
| 9880724 | Tideway Capital Fundin | c/o Kriss & Feuerstein   360 Lexington Avenue #6502   New York, NY 10017 |

| | | | | |
|---|---|---|---|---|
| 9880725 | Tideway Capital Funding | c/o Kriss & Feuerstein | 360 Lexington Avenue #6502 | New York, NY 10017 |
| 9884777 | Titan Capital ID, LLC | c/o Pryor Cashman LLP | Attn: Marie P. Hofsdal | 7 Times Square    New York, NY 10036 |
| 9880732 | UNITED BAINBRIDGE LLC | c/o RICHLAND & FALKOWSKI | 35–37 36TH ST., 2ND FLOOR | Astoria, NY 11106 |
| 9880733 | UNITED CONCRETE MIX OF | c/o YENISEY RODRIGUEZ–MCCLOSKEY LLP | 300 Cadman Plaza West    12th Floor | Brooklyn, NY 11201 |
| 9880734 | UPREAL BROOKLYN EQUITY PROJECTS LIMITED | SCOTT STONE | 222 BLOOMINGDALE RD    301 | White Plains, NY 10605 |
| 9880658 | United States Attorney | Eastern District of New York | 147 Pierrepont Plaza | Brooklyn, NY 11201 |
| 9880661 | United States of America | c/o U.S. Attorney | 86 Chambers Street | New York, NY 10007 |
| 9880735 | Volkswagen Credit, Inc | Attn: Bankruptcy | Po Box 3 | Hillboro, OR 97123 |
| 9880737 | WHITE OAK PROJECTS, LLC | c/o SEYFARTH SHAW LLP | 620 8th Ave | New York, NY 10018 |
| 9880736 | Watchtell Missry LLP | 885 2nd Ave | Attn: Eli Dweck, Esq. | New York, NY 10017 |
| 9880739 | White Oaks | c/o Daniel Gershburg | 85 Broad St #18 | New York, NY 10004 |
| 9880738 | White Oaks | c/o Shiponi Law Firm PC | 10706 71st Road, #2 | Forest Hills, NY 11375 |
| 9880742 | YOAV MORITZ | c/o SCHRIER & ASSOCIATES | 250 OLD COUNTRY ROAD,    3rd Floor | Mineola, NY 11501 |
| 9880740 | Yigal Arnon & Co. | Attention: Benjamin Horef | 5 Azrieli Center | Tel Aviv    Israel 6702501 |
| 9880741 | Yoav Moritz | c/o Ingram Yuzek Gainen Carroll | 250 Park Avenue, 6th floor | New York, NY 10177 |
| 9880743 | ZAG–S&W | 1633 Broadway | Attention: Eran Ben Dor | New York, NY 10019 |

TOTAL: 96