**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Case No. 1-20-43233-CEC |
| ) | |
| BOAZ ARIK GILAD, ) | Chapter 7 |
| ) | |
| Debtor(s), ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Seyfarth Shaw LLP ("Seyfarth") hereby appears as attorneys for Plenitude Capital LLC, a creditor with respect to the above-captioned debtor (the "Debtor"). Pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Seyfarth requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Seyfarth at the office, address and telephone number set forth below.

Jerry A. Montag, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-5598
email: jmontag@seyfarth.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affects the Debtor or property of the Debtor or the parties.

**PLEASE TAKE FURTHER NOTICE** that, by submitting this Notice of Appearance, creditor is not waiving and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only after de novo review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Service of Papers shall not be construed as an appointment of Jerry A. Montag, or Seyfarth Shaw LLP as an authorized agent of Plenitude Capital LLC, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 7, 2020

    SEYFARTH SHAW LLP
    *Attorneys for Plenitude Capital LLC*

    By: */s/ Jerry A. Montag*
       Jerry A. Montag
       620 Eighth Avenue
       New York, New York 10018
       Phone: (212) 218-5500
       Fax: (212) 218-5526

## **CERTIFICATE OF SERVICE**

JERRY A. MONTAG, certifies that on the 7th of October, 2020, I caused a true and correct copy of the Notice of Appearance and Request for Service of Notices and Pleadings to be served electronically via CM/ECF, as follows:

**Mark A. Frankel**
Backenroth Frankel & Krinsky LLP
*Attorneys for Debtor*
800 Third Avenue
11th Floor
New York, NY 10022
(212) 593-1100
Fax: (212) 644-0544
Email: mfrankel@bfklaw.com

David J. Doyaga
*Trustee*
26 Court Street
Suite 1601
Brooklyn, NY 11242
(718) 488-7500
Email: david.doyaga.sr@gmail.com

Additionally, on the 26th of July, 2018, I served a copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings on the following parties by first class mail, postage prepaid:

United States Trustee
*U.S. Trustee*
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

                                       */s/ Jerry A. Montag*
                                       JERRY A. MONTAG