United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 20-43233-jmm |
| Boaz Arik Gilad | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: jfebus | Page 1 of 4 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf002 | Total Noticed: 115 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boaz Arik Gilad, 659 Bergen Street, Apt 5A, Brooklyn, NY 11238-3597 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| cr | + | ECSI Contracting Corporation, 217 Havemeyer St., 4th Flr., Brooklyn, NY 11211-6277 |
| traty | + | Rosen & Kantrow, PLLC, 38 New Street, Huntington, NY 11743-3463 |
| 9880663 | + | 156 BROADWAY LLC, & ITS, c/o ROBINSON BROG GREENE GENOVESE, 875 THIRD AVE., 9TH FLOOR, New York, NY 10022-0123 |
| 9880664 | + | 227 Clarkson Investors, c/o SHIBOLETH LLP, ONE PENN PLAZA, New York, NY 10119-0002 |
| 9907874 | + | 227 Clarkson Investors LLC and Clarkson Upreal LLC, c/o SSRGA LLP, 444 Madison Avenue, New York, New York 10022-6903 |
| 9880665 | + | 441 Bainbridge LLC, c/O GORDON & GORDON, PC, 108-18 QUEENS BLVD., 6TH FL., Forest Hills, NY 11375-4748 |
| 9880666 | + | 56 EAST INVESTORS LLC, c/o LAZARUS & LAZARUS, 240 MADISON AVENUE, New York, NY 10016-2820 |
| 9907875 | + | 625 Madison Investors LLC, 650 & 654 Madison Inves, c/o SSRGA LLP, 444 Madison Avenue, New York, New York 10022-6903 |
| 9880667 | + | 659 Bergen Board, 659 Bergen Street, Brooklyn, NY 11238-3597 |
| 9907212 | + | 807 Washington Avenue Investors LLC, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9907214 | + | 807 Washington Investors LLC, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9880668 | + | 927 ATLANTIC INVESTORS LLC, c/o Shiboleth LLP, 1 Penn Plaza, New York, NY 10119-0002 |
| 9907873 | + | 927 Atlantic Investors LLC and Atlantic Upreal LLC, c/o SSRGA LLP, 444 Madison Avenue, New York, New York 10022-6903 |
| 9880669 | + | 99-103 GROVE INVESTORS LLC, c/o Shiboleth LLP, 1 Penn Plaza, New York, NY 10119-0002 |
| 9907876 | | 991 Eastern Investors LLC and Eastern Upreal LLC, c/o SSRGA LLP, New York, New York 10022 |
| 9880679 | + | ATLANTIC WASHINGTON FUNDING, c/o Mavrides, Moyal, Packman & Sadkin, 1981 MARCUS AVENUE, New Hyde Park, NY 11042-2060 |
| 9880670 | + | Allenby Finance, 750 Lexington Ave, 27th Floor, Evan Schwartzberg, New York, NY 10022-9807 |
| 9880671 | + | Alon Even Chen, c/o Shiponi Law Firm PC, 10706 71st Road, #2, Forest Hills, NY 11375-4778 |
| 9880672 | + | Alon Even Chen, c/o Shiboleth LLP, One Penn Plaza, New York, NY 10119-0002 |
| 9880673 | + | American Express, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 9880674 | | Arye Dentzinger LLP, Attention: Tal Lenchiner Esq., Azrieli Center 1,, Tel Aviv, Israel 6701101 |
| 9880675 | + | Arye Lin, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880676 | + | Assaf Fitoussi, 2 Pinetree Lane, Old Westbury, NY 11568-1118 |
| 9880678 | + | Assaf Krill, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880680 | + | BENCHMARK CONTRACTING, INC., c/O RODRIGUEZ-MCCLOSKEY PLLC, 300 CADMAN PLAZA WEST, 12TH FLOOR, Brooklyn, NY 11201-3226 |
| 9880681 | + | BENCHMARK CONTRACTING, INC., c/o Mark Rowin, Esq., 300 EAST 42ND STREET, New York, NY 10017-5947 |
| 9880682 | + | Board of Managers of the, Park Place Condominium, c/o LASSER LAW GROUP. PLLC, 10 EAST 39TH STR., 12TH FLOOR, New York, NY 10016-0111 |
| 9880683 | | Brookland Upreal LTD, c/o GISSIN & CO., HABARZEL 38B, TEL AVIV 6971054, Israel |
| 9880686 | + | CLASSON PROSPECT, INC, c/o RICHARD A. KLASS, 16 COURT STREET, 28TH FLOOR, Brooklyn, NY 11241-1028 |
| 9880685 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 9880687 | + | Cross River Bank, 400 Kelby St., 14th Floor, Fort Lee, NJ 07024-2938 |
| 9880690 | + | DOROTHY DRISCOLL, c/o RESTIVO & MURPHY LLP, 401 FRANKLIN AVENUE, Suite #107, Garden City, NY 11530-5942 |
| 9887546 | + | Danielle Cohen, Esq., Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 9880688 | + | David Fiveson, c/o Butler Fitzgerald Fiveson & McCarthy, 9 East 45th Street, 9th floor, New York, NY 10017-8456 |
| 9880689 | + | David Rosenblaum, Prophet Capital, 10 East 53 Street, 30th Floor, New York, NY 10022-5244 |
| 9906665 | + | Dylan Matthew Lackowitz, Wachtel Missry LLP, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9893974 | + | ECSI Contracting Corporation, c/o Muchmore & Associates PLLC, 217 Havemeyer St., 4th Flr., Brooklyn, NY 11211-6277 |
| 9880694 | + | EXCEL SECURITY SYSTEMS, INC., c/o RODRIGUEZ-MCCLOSKEY PLLC, 300 CADMAN PLAZA WEST, 12TH FLOOR, Brooklyn, NY 11201-3226 |

Case 1-20-43233-jmm    Doc 34    Filed 11/22/20    Entered 11/23/20 00:07:38

| District/off: 0207-1 | User: jfebus | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: pdf002 | Total Noticed: 115 |

| | | |
|---|---|---|
| 9880691 | + | East 19 BL, c/o CTBC Bank Corp., 41-99 Main Street, Flushing, NY 11355-5164 |
| 9907216 | + | East Upreal LLC, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9895569 | + | Elizabeth Aboulafia, Esq., Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530-4850 |
| 9880692 | | Esther Steiner, Hakalanit 16, Zichron Yaacov, Israel 3093115 |
| 9880693 | | Esther Steiner-Yeshurun, Hakalanit 16, Zichron Yaacov, Israel 3093115 |
| 9880695 | + | FERGUSON ENTERPRISES LLC, c/o ELIAS C. SCHWARTZ, ESQ, 343 GREAT NECK ROAD, Great Neck, NY 11021-4220 |
| 9880698 | | GISSIN & CO., ADVOCATES, HABARZEL 38B, TEL AVIV, Israel 6971054 |
| 9880696 | + | Genesis Capital, Genesis Capital/Goldman Sachs Bank, 15303 Ventura Blvd., Suite 700, Sherman Oaks, CA 91403-3197 |
| 9906666 | + | Gil Holdings LLC, Wachtel Missry LLP c/o Dylan Lackowitz, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9906663 | + | Gil Ohana, Wachtel Missry LLP c/o Dylan Lackowitz, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9880697 | #+ | Gil Ohana, 16 Beech Rd, Englewood, NJ 07631-3737 |
| 9907851 | + | Guy Gissin, Adv. and Ron Hadassi, Adv., Chapman and Cutler LLP, Michael Friedman, 1270 Avenue of the Americas, 30th Floor, New York, NY 10020-1708 |
| 9880699 | + | HERC RENTALS, INC., c/o TESSER & COHEN, 946 MAIN ST, Hackensack, NJ 07601-5136 |
| 9880700 | + | HERRERA TURCIOS, ROSBIN A., c/o MARK E. WEINBERGER P.C., 50 MERRICK ROAD, Rockville Centre, NY 11570-4726 |
| 9880701 | + | Ilan Hauser, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880702 | + | Ingram Yuzek Gainen Carroll & Bertolotti, 150 E 42nd Street, 19th Floor, New York, NY 10017-5610 |
| 9880703 | + | Ingram Yuzek Gainen Carroll & Bertolotti, 250 PARK AVENUE, New York, NY 10177-0600 |
| 9880662 | + | Internal Revenue Service, c/o US Attorney Claims Unit, One Saint Andrews Plaza Rm 417, New York, NY 10007-1701 |
| 9880704 | + | Jeremy Hopwood, 659 Bergen St, 4A, Brooklyn, NY 11238-3597 |
| 9892590 | | Jerry A. Montag, Esq., SEYFARTH SHAW LLP, 620 Eighth Avenue, New York, NY 10018, (212) 218-5598, email: jmontag@seyfarth.com |
| 9880705 | + | Joseph Shilon, c/o LAZARUS & LAZARUS, 240 Madison Ave, New York, NY 10016-2820 |
| 9907218 | + | Joseph Shilon also known as Yossi Shilon, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9880706 | + | LAGE INDUSTRIES, CORP, c/o YENISEY RODRIGUEZ-MCCLOSKEY, 300 CADMAN PL, Brooklyn, NY 11201-3229 |
| 9880707 | | Leaderim LLP, Sapir Tower, Tuval 40, 33rd Floor, Attention: Ran Werner, Ramat Gan Israel |
| 9880709 | + | Limor Goren, c/o Cullen Dykman, 100 Quentin Roosevelt Blvd, Attention: Elizabeth Aboulafia, Garden City, NY 11530-4850 |
| 9880708 | + | Limor Goren, 52 3rd St Apt #2, Brooklyn, NY 11231-4806 |
| 9880711 | | Loan Trust LLC, 11 Middle Neck Rd. #400A, Attention: Allen Shayafeker, Brooklyn, NY 11201 |
| 9880712 | + | Loan Trust LLC, 11 Middle Neck Rd. #400A, Great Neck, NY 11021-2310 |
| 9880710 | + | Loan Trust LLC, c/o Deutsch & Schneider, Leslie Perski, 79-37 Myrtle Ave, Ridgewood, NY 11385-7440 |
| 9907850 | + | Michael Friedman, Chapman and Cutler LLP, 1270 Avenue of the Americas, 30th Floor, New York, NY 10020-1708 |
| 9880713 | + | NETT PROJECT LLC, c/o KING & KING, LLP, 629 FIFTH AVE., BLDG #3-#113, Pelham, NY 10803-1251 |
| 9880715 | + | NYC Health+, PO BOX 3475, Toledo, OH 43607-0475 |
| 9880714 | + | Nixon Peabody, 55 West 46th Street, Attention: Erica Buckley, New York, NY 10036-4277 |
| 9880716 | + | PLENITUDE CAPITAL LLC, c/o SEYFARTH SHAW, 620 8TH AVE., 33rd FLOOR, New York, NY 10018-1595 |
| 9880717 | + | PMONY INC., c/o HERRICK & FEINSTEIN, 2 PARK AVENUE, New York, NY 10016-5675 |
| 9892392 | + | PMONY, Inc. and Prophet Capital REIT, Inc., c/o Herrick Feinstein LLP, Attn: Stephen B. Selbst, Two Park Avenue, New York, NY 10016-9302 |
| 9880720 | + | PROPHET CAPITAL REIT INC, c/o HERRICK & FEINSTEIN, 2 PARK AVENUE, New York, NY 10016-5675 |
| 9892885 | + | Plenitude Capital LLC, c/o Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| 9880719 | + | Prophet Capital, c/o Mavrides Moyal Packman & Sadkin LLP, 276 5th Avenue, New York, NY 10001-4509 |
| 9880718 | + | Prophet Capital, c/o Mayer Brown, 1221 6th Avenue, New York, NY 10020-1001 |
| 9884701 | + | SS-NP-Select Delaware Owner Trust, c/o Deutsch & Schneider, LLP, 79-37 Myrtle Avenue, Glendale, New York 11385-7440 |
| 9880721 | + | Shai Livni, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880659 | + | State of New York, Attorney General's Office, 120 Broadway, New York, NY 10271-0002 |
| 9880722 | + | Summerfield Funding LLC, c/o Cohn Lifland Pearlman Herrmann et al, 250 Pehle Ave Suite 401, Allen Susser, Esq., Saddle Brook, NJ 07663-5832 |
| 9880726 | + | TIDEWAY CAPITAL FUNDING LLC, c/o KRISS & FEUERSTEIN LLP, 360 LEXINGTON AVENUE, Suite 1200, New York, NY 10017-6502 |
| 9880727 | + | TITAN, 140 East 45th Street, New York, NY 10017-3144 |
| 9880731 | + | TITAN CAPITAL ID, LLC, 140 East 45th Street, New York, NY 10017-3144 |
| 9880728 | + | TITAN CAPITAL ID, LLC, c/o PRYOR CASHMAN LLP, 7 Times Square, New York, NY 10036-6524 |
| 9880730 | + | TITAN CAPITAL ID, LLC, c/o Pryor Cashman LLP, 7 Times Square, 40th Floor, New York, NY 10036-6570 |
| 9880729 | + | TITAN CAPITAL ID, LLC, c/o ROY C JUSTICE, 600 3RD AVENUE, 2ND FLR, New York, NY 10016-1919 |
| 9880723 | + | Tamika Nelson, 436 MacDonough Street, Brooklyn, NY 11233-1114 |
| 9880724 | + | Tideway Capital Fundin, c/o Kriss & Feuerstein, 360 Lexington Avenue #6502, New York, NY 10017-6502 |
| 9880725 | + | Tideway Capital Funding, c/o Kriss & Feuerstein, 360 Lexington Avenue #6502, New York, NY 10017-6502 |
| 9906865 | + | Titan Capital ID, LLC, 140 East 45th Street, 40th Floor, New York, NY 10017-3144 |
| 9884777 | + | Titan Capital ID, LLC, c/o Pryor Cashman LLP, Attn: Marie P. Hofsdal, 7 Times Square, New York, NY 10036-6569 |
| 9880732 | + | UNITED BAINBRIDGE LLC, c/o RICHLAND & FALKOWSKI, 35-37 36TH ST., 2ND FLOOR, Astoria, NY 11106-1347 |
| 9880733 | + | UNITED CONCRETE MIX OF, c/o YENISEY RODRIGUEZ-MCCLOSKEY LLP, 300 Cadman Plaza West, 12th Floor, Brooklyn, NY 11201-3226 |

Case 1-20-43233-jmm    Doc 34    Filed 11/22/20    Entered 11/23/20 00:07:38

| District/off: 0207-1 | User: jfebus | Page 3 of 4 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf002 | Total Noticed: 115 |

| | | |
|---|---|---|
| 9880734 | + | UPREAL BROOKLYN EQUITY PROJECTS LIMITED, SCOTT STONE, 222 BLOOMINGDALE RD, 301, White Plains, NY 10605-1511 |
| 9880658 | + | United States Attorney, Eastern District of New York, 147 Pierrepont Plaza, Brooklyn, NY 11201-2712 |
| 9880661 | + | United States of America, c/o U.S. Attorney, 86 Chambers Street, New York, NY 10007-1825 |
| 9880737 | + | WHITE OAK PROJECTS, LLC, c/o SEYFARTH SHAW LLP, 620 8th Ave, New York, NY 10018-1618 |
| 9880736 | + | Watchtell Missry LLP, 885 2nd Ave, Attn: Eli Dweck, Esq., New York, NY 10017-2218 |
| 9892884 | + | White Oak Projects, LLC, c/o Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| 9880738 | + | White Oaks, c/o Shiponi Law Firm PC, 10706 71st Road, #2, Forest Hills, NY 11375-4778 |
| 9880739 | + | White Oaks, c/o Daniel Gershburg, 85 Broad St #18, New York, NY 10004-2783 |
| 9880742 | + | YOAV MORITZ, c/o SCHRIER & ASSOCIATES, 250 OLD COUNTRY ROAD,, 3rd Floor, Mineola, NY 11501-4212 |
| 9880740 | | Yigal Arnon & Co., Attention: Benjamin Horef, 5 Azrieli Center, Tel Aviv, Israel 6702501 |
| 9880741 | + | Yoav Moritz, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880743 | + | ZAG-S&W, 1633 Broadway, Attention: Eran Ben Dor, New York, NY 10019-6708 |

TOTAL: 110

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 20 2020 18:09:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Nov 20 2020 18:09:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 9880684 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 18:13:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 9880660 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 20 2020 18:09:00 | NYS Dept of Tax & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| 9880735 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 20 2020 18:09:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Herc Rentals, Inc. |
| cr | | Limor Goren a/k/a Cohen |
| cr | | PMONY, Inc. and Prophet Capital REIT, Inc. |
| cr | | Plenitude Capital LLC |
| cr | | SS-NP-Select Delaware Owner Trust |
| cr | | Titan Capital ID, LLC |
| cr | | White Oak Projects, LLC |
| 9895901 | | Prophet Capital Asset Management |
| 9905216 | *+ | Herc Rentals, Inc., c/o Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 9892591 | * | Jerry A. Montag, Esq., SEYFARTH SHAW LLP, 620 Eighth Avenue, New York, NY 10018, (212) 218-5598, email: jmontag@seyfarth.com |

TOTAL: 8 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0207-1 | User: jfebus | Page 4 of 4 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf002 | Total Noticed: 115 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                  Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Alex E. Tsionis
on behalf of Trustee David J. Doyaga atsionis@rkdlawfirm.com
fkantrow@rkdlawfirm.com;arosen@rkdlawfirm.com;ddobbin@rkdlawfirm.com;npizzo@rkdlawfirm.com;emeade-bramble@rkdlawfirm.com

Danielle E Cohen
on behalf of Creditor Herc Rentals  Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com

David J. Doyaga
on behalf of Trustee David J. Doyaga david.doyaga.sr@gmail.com NY98@ecfcbis.com,carolina@doyagalawfirm.com

David J. Doyaga
david.doyaga.sr@gmail.com NY98@ecfcbis.com,carolina@doyagalawfirm.com

Doris Barkhordar
on behalf of Creditor SS-NP-Select Delaware Owner Trust DorisB@DandSLaw.com  wfielding@dandslaw.com

Elizabeth M Aboulafia
on behalf of Creditor Limor Goren a/k/a Cohen eaboulafia@cullenanddykman.com

Jerry A Montag
on behalf of Creditor White Oak Projects  LLC jmontag@seyfarth.com, NYCManagingClerksOffice@seyfarth.com

Jerry A Montag
on behalf of Creditor Plenitude Capital LLC jmontag@seyfarth.com NYCManagingClerksOffice@seyfarth.com

Marie Polito Hofsdal
on behalf of Creditor Titan Capital ID  LLC mhofsdal@pryorcashman.com

Mark A. Frankel
on behalf of Debtor Boaz Arik Gilad mfrankel@bfklaw.com
mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Maximilian D Travis
on behalf of Creditor ECSI Contracting Corporation mtravis@muchmorelaw.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Stephen B Selbst
on behalf of Creditor PMONY  Inc. and Prophet Capital REIT, Inc. sselbst@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:
        GILAD, BOAZ ARIK                                    Case No.  120-43233

                      Debtor(s).
                                                          Chapter 7

----------------------------------------------------------------x

### NOTICE OF SECTION 341 MEETING OF CREDITORS

      YOU ARE HEREBY NOTIFIED that the initial Section 341 meeting of creditors for the above-captioned case, scheduled as an in-person meeting for 12/03/20  at 01:30pm will now be reset as a telephonic meeting and conducted by **telephone conference** on 12/03/20 at 01:30pm (the Designated Meeting Time).

      All parties shall appear by phone at the section 341 in accordance with the instructions below.

**Call In Information**

      On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

           Meeting Dial-in No: **877-915-3909**, and

           when prompted enter the Participant Code: **9265627** followed by #.

      To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

      No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number (Identification Documents) A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

      Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting (attachment #1).

      Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting (attachment #2).

Dated: November 18, 2020                                  Chapter 7 Trustee
                                                                     /s/ David J. Doyaga, Sr.
                                                                       David J. Doyaga, Sr.
                                                                       26 Court Street, Suite 1601
                                                                       Brooklyn, NY 11242
                                                                       (718) 488-7500