UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                                  Chapter 7

     BOAZ ARIK GILAD,                                          Case No.: 20-43233-jmm

                      Debtor.
-----------------------------------------------------------x

**STIPULATION EXTENDING THE CHAPTER 7 TRUSTEE'S AND
THE UNITED STATES TRUSTEE'S TIME TO TIMELY COMMENCE
<u>AN ACTION PURSUANT TO SECTION 727 OF THE BANKRUPTCY CODE</u>**

**WHEREAS**, Boaz Arik Gilad (the "Debtor") filed a voluntary petition for relief from his creditors pursuant to Chapter 7 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") on September 3, 2020; and

**WHEREAS**, David J. Doyaga, Sr. was appointed interim Chapter 7 Trustee of the Debtor's bankruptcy estate and, by operation of law, became the permanent Chapter 7 Trustee (the "<u>Trustee</u>") of the Debtor's bankruptcy estate; and

**WHEREAS**, the last date by which the Trustee and the United States Trustee (the "<u>UST</u>") may timely commence an action pursuant to Section 727 of the Bankruptcy Code to seek to deny the Debtor's discharge is December 15, 2020; and

**WHEREAS**, the Trustee, the UST and the Debtor have agreed to an extension of time for a period of ninety (90) days such that the last date by which the Trustee and the UST may timely commence an action pursuant to Section 727 of the Bankruptcy Code shall be up to and including March 15, 2021; it is hereby

     **AGREED AND SO ORDERED THAT:**

     1.    The Trustee's and the UST's time to timely commence an action pursuant to Section 727 of the Bankruptcy Code to seek to deny the Debtor's discharge is hereby extended up

to and including March 15, 2021, without prejudice to the parties to agree to further extensions of time or for the Trustee and the UST to seek a further extension upon motion before the Court.

Dated: November 11, 2020  
      Huntington, New York

By:  /s/ Alex E. Tsionis  
     Alex E. Tsionis  
     Rosen & Kantrow, PLLC  
     Attorneys for the Trustee  
     38 New Street  
     Huntington, New York 11743  
     (631) 423-8527  
     atsionis@rkdlawfirm.com

Dated: November 13, 2020  
      New York, New York

By:  /s/ Mark A. Frankel  
     Mark A. Frankel  
     Backenroth Frankel & Krinsky LLP  
     Attorney for the Debtor  
     800 Third Avenue  
     11th Floor  
     New York, New York 10022  
     (212) 593-1100  
     mfrankel@bfklaw.com

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE, REGION 2

By:  /s/ Jeremy S. Sussman  
     Jeremy S. Sussman  
     Trial Attorney  
     Office of the United States Trustee  
     201 Varick Street, Suite 1006  
     New York, New York 10014  
     (202) 573-6935

Dated: New York, New York  
      November 13, 2020

**SO ORDERED**



**Dated: Brooklyn, New York**  
    **December 8, 2020**

_____  
      **Jil Mazer-Marino**  
  **United States Bankruptcy Judge**