**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

BOAZ ARIK GILAD,

             Debtor.

Chapter 7

Case No.: 20-43233-jmm

**STIPULATION EXTENDING TIME TO TIMELY COMMENCE AN ACTION**
**PURSUANT TO SECTION 727 OF THE BANKRUPTCY CODE**

WHEREAS, Boaz Arik Gilad (the "Debtor") filed a voluntary petition for relief from his creditors pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on September 3, 2020; and

WHEREAS, proofs of claim were filed on November 13, 2020 by:

(1)    Guy Gissin, Adv., in his capacity as trustee (the "Claims Trustee") to file claims and manage proceedings on behalf of the bondholders (the "Bondholders") under (a) that certain Deed of Trust, among Brookland Upreal Limited ("Brookland"), the Bondholders and the other parties thereto, dated May 26, 2014 (the "2014 Deed of Trust") and (b) that certain Deed of Trust, between Brookland, the Bondholders and the other parties thereto, dated November 29, 2015 (the "2015 Deed of Trust," and together with the 2014 Deed of Trust, the "Deeds of Trust") and Ron Hadassi, Adv., solely in his capacity as the court appointed officer of Brookland Upreal Limited in connection with an insolvency proceeding in Israel (the "Functionary");

(2)    Guy Gissin in his capacity as Claims Trustee for Brookland Upreal Limited, as assignee of 625 Madison Investors LLC, 650 & 654 Madison Investors LLC, and Madison BU LLC;

(3)    Guy Gissin in his capacity as Claims Trustee for Brookland Upreal Limited, as assignee of 991 Eastern Investors LLC and Eastern Upreal LLC;

(4)    Guy Gissin in his capacity as Claims Trustee for Brookland Upreal Limited, as assignee of 227 Clarkson Investors LLC and Clarkson Upreal LLC; and

(5)    Guy Gissin in his capacity as Claims Trustee for Brookland Upreal Limited, as assignee of 927 Atlantic Investors LLC and Atlantic Upreal LLC; and

WHEREAS, the last date by which the Claims Trustee and Functionary may timely commence an action pursuant to Section 727 of the Bankruptcy Code to seek to deny the Debtor's discharge is December 15, 2020; and

WHEREAS, the Claims Trustee, Functionary and the Debtor have agreed to an extension of time for a period of ninety (90) days such that the last date by which the Claims Trustee and Functionary may timely commence an action pursuant to Section 727 of the Bankruptcy Code shall be up to and including March 15, 2021;

IT IS HEREBY AGREED AND SO ORDERED THAT the Claims Trustee's and Functionary's time to timely commence an action pursuant to Section 727 of the Bankruptcy Code to seek to deny the Debtor's discharge is hereby extended up to and including March 15, 2021, without prejudice to the parties to agree to further extensions of time or for the Claims Trustee and the Functionary to seek a further extension upon motion before the Court.

*[Signatures on following page]*

Dated: New York, New York
      December 10, 2020

| | |
|---|---|
| SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP<br>Co-Counsel for Claims Trustee and Functionary<br>By: /s/ Milad Boddoohi<br>Milad Boddoohi, Esq.<br>444 Madison Avenue, 6th Floor<br>New York, New York 10022<br>(212) 743-7000<br>mboddoohi@ssrga.com | BACKENROTH FRANKEL & KRINSKY LLP<br>Attorneys for the Debtor<br><br>By: /s/ Mark A. Frankel<br>Mark A. Frankel, Esq.<br>800 Third Avenue, 11th Floor<br>New York, New York 10022<br>(212) 593-1100<br>mfrankel@bfklaw.com |

CHAPMAN & CUTLER LLP
Co-Counsel for Claims Trustee and Functionary
By: Michael Friedman
Michael Friedman
1270 Avenue of the Americas
New York, NY 10020
(212) 655-2508
friedman@chapman.com

**SO ORDERED**



Dated: Brooklyn, New York
      December 30, 2020

                                            Jil Mazer-Marino
                                    United States Bankruptcy Judge