United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                      Case No. 20-43233-jmm
Boaz Arik Gilad                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                                User: admin                              Page 1 of 5
Date Rcvd: Jun 02, 2021                      Form ID: 178                        Total Noticed: 126

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                 Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boaz Arik Gilad, 659 Bergen Street, Apt 5A, Brooklyn, NY 11238-3597 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9880663 | + | 156 BROADWAY LLC, & ITS, c/o ROBINSON BROG GREENE GENOVESE, 875 THIRD AVE., 9TH FLOOR, New York, NY 10022-0123 |
| 9880664 | + | 227 Clarkson Investors, c/o SHIBOLETH LLP, ONE PENN PLAZA, New York, NY 10119-0002 |
| 9907874 | + | 227 Clarkson Investors LLC and Clarkson Upreal LLC, c/o SSRGA LLP, 444 Madison Avenue, New York, New York 10022-6903 |
| 9880665 | + | 441 Bainbridge LLC, c/O GORDON & GORDON, PC, 108-18 QUEENS BLVD., 6TH FL., Forest Hills, NY 11375-4748 |
| 9880666 | + | 56 EAST INVESTORS LLC, c/o LAZARUS & LAZARUS, 240 MADISON AVENUE, New York, NY 10016-2820 |
| 9907875 | + | 625 Madison Investors LLC, 650 & 654 Madison Inves, c/o SSRGA LLP, 444 Madison Avenue, New York, New York 10022-6903 |
| 9880667 | + | 659 Bergen Board, 659 Bergen Street, Brooklyn, NY 11238-3597 |
| 9907212 | + | 807 Washington Avenue Investors LLC, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9907214 | + | 807 Washington Investors LLC, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9880668 | + | 927 ATLANTIC INVESTORS LLC, c/o Shiboleth LLP, 1 Penn Plaza, New York, NY 10119-0002 |
| 9907873 | + | 927 Atlantic Investors LLC and Atlantic Upreal LLC, c/o SSRGA LLP, 444 Madison Avenue, New York, New York 10022-6903 |
| 9880669 | + | 99-103 GROVE INVESTORS LLC, c/o Shiboleth LLP, 1 Penn Plaza, New York, NY 10119-0002 |
| 9907876 | | 991 Eastern Investors LLC and Eastern Upreal LLC, c/o SSRGA LLP, New York, New York 10022 |
| 9880679 | + | ATLANTIC WASHINGTON FUNDING, c/o Mavrides, Moyal, Packman & Sadkin, 1981 MARCUS AVENUE, New Hyde Park, NY 11042-2060 |
| 9880670 | + | Allenby Finance, 750 Lexington Ave, 27th Floor, Evan Schwartzberg, New York, NY 10022-9807 |
| 9880671 | + | Alon Even Chen, c/o Shiponi Law Firm PC, 10706 71st Road, #2, Forest Hills, NY 11375-4778 |
| 9880672 | + | Alon Even Chen, c/o Shiboleth LLP, One Penn Plaza, New York, NY 10119-0002 |
| 9880674 | | Arye Dentzinger LLP, Attention: Tal Lenchiner Esq., Azrieli Center 1,, Tel Aviv, Israel 6701101 |
| 9880675 | + | Arye Lin, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880676 | + | Assaf Fitoussi, 2 Pinetree Lane, Old Westbury, NY 11568-1118 |
| 9880678 | + | Assaf Krill, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880680 | + | BENCHMARK CONTRACTING, INC., c/o RODRIGUEZ-MCCLOSKEY PLLC, 300 CADMAN PLAZA WEST, 12TH FLOOR, Brooklyn, NY 11201-3226 |
| 9880681 | + | BENCHMARK CONTRACTING, INC., c/o Mark Rowin, Esq., 300 EAST 42ND STREET, New York, NY 10017-5947 |
| 9880682 | + | Board of Managers of the, Park Place Condominium, c/o LASSER LAW GROUP. PLLC, 10 EAST 39TH STR., 12TH FLOOR, New York, NY 10016-0111 |
| 9880683 | | Brookland Upreal LTD, c/o GISSIN & CO., HABARZEL 38B, TEL AVIV 6971054, Israel |
| 9880686 | + | CLASSON PROSPECT, INC, c/o RICHARD A. KLASS, 16 COURT STREET, 28TH FLOOR, Brooklyn, NY 11241-1028 |
| 9880687 | + | Cross River Bank, 400 Kelby St., 14th Floor, Fort Lee, NJ 07024-2938 |
| 9880690 | + | DOROTHY DRISCOLL, c/o RESTIVO & MURPHY LLP, 401 FRANKLIN AVENUE, Suite #107, Garden City, NY 11530-5942 |
| 9887546 | + | Danielle Cohen, Esq., Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 9935927 | | Danziger & Co., 77 Ben-Gurion St, Yehud-Monoson 5624109 Israel |
| 9880688 | + | David Fiveson, c/o Butler Fitzgerald Fiveson & McCarthy, 9 East 45th Street, 9th floor, New York, NY 10017-8456 |
| 9880689 | #+ | David Rosenblaum, Prophet Capital, 10 East 53 Street, 30th Floor, New York, NY 10022-5066 |
| 9906665 | + | Dylan Matthew Lackowitz, Wachtel Missry LLP, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9893974 | + | ECSI Contracting Corporation, c/o Muchmore & Associates PLLC, 217 Havemeyer St., 4th Flr., Brooklyn, NY 11211-6277 |
| 9947572 | + | ECSI Contracting Corporation, Muchmore & Associates PLLC, 84 Withers St., 4th Flr.,, Attn: Maximilian Travis, Esq., Brooklyn, NY 11211-2236 |
| 9880694 | + | EXCEL SECURITY SYSTEMS, INC., c/o RODRIGUEZ-MCCLOSKEY PLLC, 300 CADMAN PLAZA WEST, 12TH FLOOR, Brooklyn, NY 11201-3226 |
| 9880691 | + | East 19 BL, c/o CTBC Bank Corp., 41-99 Main Street, Flushing, NY 11355-5164 |

Case 1-20-43233-jmm    Doc 73    Filed 06/04/21    Entered 06/05/21 00:08:57

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Jun 02, 2021 | Form ID: 178 | Total Noticed: 126 |

| | | |
|---|---|---|
| 9907216 | + | East Upreal LLC, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9895569 | + | Elizabeth Aboulafia, Esq., Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530-4850 |
| 9880692 | | Esther Steiner, Hakalanit 16, Zichron Yaacov, Israel 3093115 |
| 9880693 | | Esther Steiner-Yeshurun, Hakalanit 16, Zichron Yaacov, Israel 3093115 |
| 9880695 | + | FERGUSON ENTERPRISES LLC, c/o ELIAS C. SCHWARTZ, ESQ, 343 GREAT NECK ROAD, Great Neck, NY 11021-4220 |
| 9880698 | | GISSIN & CO., ADVOCATES, HABARZEL 38B, TEL AVIV, Israel 6971054 |
| 9880696 | + | Genesis Capital, Genesis Capital/Goldman Sachs Bank, 15303 Ventura Blvd., Suite 700, Sherman Oaks, CA 91403-3197 |
| 9911685 | + | Gil Holdings LLC, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9906666 | + | Gil Holdings LLC, Wachtel Missry LLP c/o Dylan Lackowitz, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9911684 | + | Gil Ohana, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9906663 | + | Gil Ohana, Wachtel Missry LLP c/o Dylan Lackowitz, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 9880697 | #+ | Gil Ohana, 16 Beech Rd, Englewood, NJ 07631-3737 |
| 9910844 | + | Guy Gissin in his capacity as Claims Trustee for B, c/o Schwartz Sladkus Reich Greenberg Atl, 444 Madison Avenue, New York, New York 10022-6903 |
| 9907851 | + | Guy Gissin, Adv. and Ron Hadassi, Adv., Chapman and Cutler LLP, Michael Friedman, 1270 Avenue of the Americas, 30th Floor, New York, NY 10020-1708 |
| 9880699 | + | HERC RENTALS, INC., c/o TESSER & COHEN, 946 MAIN ST, Hackensack, NJ 07601-5136 |
| 9880700 | + | HERRERA TURCIOS, ROSBIN A., c/o MARK E. WEINBERGER P.C., 50 MERRICK ROAD, Rockville Centre, NY 11570-4726 |
| 9880701 | + | Ilan Hauser, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880702 | + | Ingram Yuzek Gainen Carroll & Bertolotti, 150 E 42nd Street, 19th Floor, New York, NY 10017-5610 |
| 9880703 | + | Ingram Yuzek Gainen Carroll & Bertolotti, 250 PARK AVENUE, New York, NY 10177-0600 |
| 9880662 | + | Internal Revenue Service, c/o US Attorney Claims Unit, One Saint Andrews Plaza Rm 417, New York, NY 10007-1701 |
| 9880704 | + | Jeremy Hopwood, 659 Bergen St, 4A, Brooklyn, NY 11238-3597 |
| 9892590 | | Jerry A. Montag, Esq., SEYFARTH SHAW LLP, 620 Eighth Avenue, New York, NY 10018, (212) 218-5598, email: jmontag@seyfarth.com |
| 9880705 | + | Joseph Shilon, c/o LAZARUS & LAZARUS, 240 Madison Ave, New York, NY 10016-2820 |
| 9907218 | + | Joseph Shilon also known as Yossi Shilon, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 9880706 | + | LAGE INDUSTRIES, CORP, c/o YENISEY RODRIGUEZ-MCCLOSKEY, 300 CADMAN PL, Brooklyn, NY 11201-3229 |
| 9880707 | | Leaderim LLP, Sapir Tower, Tuval 40, 33rd Floor, Attention: Ran Werner, Ramat Gan Israel |
| 9880709 | + | Limor Goren, c/o Cullen Dykman, 100 Quentin Roosevelt Blvd, Attention: Elizabeth Aboulafia, Garden City, NY 11530-4850 |
| 9880708 | + | Limor Goren, 52 3rd St Apt #2, Brooklyn, NY 11231-4806 |
| 9880711 | | Loan Trust LLC, 11 Middle Neck Rd. #400A, Attention: Allen Shayafeker, Brooklyn, NY 11201 |
| 9880712 | + | Loan Trust LLC, 11 Middle Neck Rd. #400A, Great Neck, NY 11021-2310 |
| 9880710 | + | Loan Trust LLC, c/o Deutsch & Schneider, Leslie Perski, 79-37 Myrtle Ave, Ridgewood, NY 11385-7440 |
| 9907850 | + | Michael Friedman, Chapman and Cutler LLP, 1270 Avenue of the Americas, 30th Floor, New York, NY 10020-1708 |
| 9947571 | + | Muchmore & Associates PLLC, 84 Withers St., 4th Flr., Attn: Maximilian Travis, Esq., Brooklyn, NY 11211-2236 |
| 9880713 | + | NETT PROJECT LLC, c/o KING & KING, LLP, 629 FIFTH AVE., BLDG #3-#113, Pelham, NY 10803-1251 |
| 9880715 | + | NYC Health+, PO BOX 3475, Toledo, OH 43607-0475 |
| 9880714 | + | Nixon Peabody, 55 West 46th Street, Attention: Erica Buckley, New York, NY 10036-4277 |
| 9880716 | + | PLENITUDE CAPITAL LLC, c/o SEYFARTH SHAW, 620 8TH AVE., 33rd FLOOR, New York, NY 10018-1595 |
| 9880717 | + | PMONY INC., c/o HERRICK & FEINSTEIN, 2 PARK AVENUE, New York, NY 10016-5675 |
| 9892392 | + | PMONY, Inc. and Prophet Capital REIT, Inc., c/o Herrick Feinstein LLP, Attn: Stephen B. Selbst, Two Park Avenue, New York, NY 10016-9302 |
| 9880720 | + | PROPHET CAPITAL REIT INC, c/o HERRICK & FEINSTEIN, 2 PARK AVENUE, New York, NY 10016-5675 |
| 9911813 | + | PROPHET LINDEN CORP., c/o Herrick Feinstein LLP, Attn: Stephen B. Selbst, Two Park Avenue, New York, NY 10016-9302 |
| 9892885 | + | Plenitude Capital LLC, c/o Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| 9880719 | + | Prophet Capital, c/o Mavrides Moyal Packman & Sadkin LLP, 276 5th Avenue, New York, NY 10001-4509 |
| 9880718 | + | Prophet Capital, c/o Mayer Brown, 1221 6th Avenue, New York, NY 10020-1001 |
| 9956783 | + | Prophet Capital Asset Management LP, Attn: Michael Murphy, 5000 Plaza on the Lake Blvd., Suite 180, Austin, TX 78746-1087 |
| 9938121 | + | Robinson Brog, c/o Roger A. Raimond, Esq., 875 Third Avenue, 9th Fl., New York, NY 10022-0123 |
| 9884701 | + | SS-NP-Select Delaware Owner Trust, c/o Deutsch & Schneider, LLP, 79-37 Myrtle Avenue, Glendale, New York 11385-7440 |
| 9880721 | + | Shai Livni, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 |
| 9880659 | + | State of New York, Attorney General's Office, 120 Broadway, New York, NY 10271-0002 |
| 9880722 | + | Summerfield Funding LLC, c/o Cohn Lifland Pearlman Herrmann et al, 250 Pehle Ave Suite 401, Allen Susser, Esq., Saddle Brook, NJ 07663-5832 |
| 9880726 | + | TIDEWAY CAPITAL FUNDING LLC, c/o KRISS & FEUERSTEIN LLP, 360 LEXINGTON AVENUE, Suite 1200, New York, NY 10017-6502 |
| 9880727 | + | TITAN, 140 East 45th Street, New York, NY 10017-3144 |
| 9880731 | + | TITAN CAPITAL ID, LLC, 140 East 45th Street, New York, NY 10017-3144 |
| 9880728 | + | TITAN CAPITAL ID, LLC, c/o PRYOR CASHMAN LLP, 7 Times Square, New York, NY 10036-6524 |
| 9880730 | + | TITAN CAPITAL ID, LLC, c/o Pryor Cashman LLP, 7 Times Square, 40th Floor, New York, NY 10036-6570 |
| 9880729 | + | TITAN CAPITAL ID, LLC, c/o ROY C JUSTICE, 600 3RD AVENUE, 2ND FLR, New York, NY 10016-1919 |
| 9935928 | | Tal Lecnchner Adv., 1 Azrieli Center, Tel Aviv 6701101 Israel |

Case 1-20-43233-jmm    Doc 73    Filed 06/04/21    Entered 06/05/21 00:08:57

| District/off: 0207-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 178 | Total Noticed: 126 |

| | | | |
|---|---|---|---|
| 9880724 | + | Tideway Capital Fundin, c/o Kriss & Feuerstein, 360 Lexington Avenue #6502, New York, NY 10017-6502 | |
| 9880725 | + | Tideway Capital Funding, c/o Kriss & Feuerstein, 360 Lexington Avenue #6502, New York, NY 10017-6502 | |
| 9906865 | + | Titan Capital ID, LLC, 140 East 45th Street, 40th Floor, New York, NY 10017-3144 | |
| 9884777 | + | Titan Capital ID, LLC, c/o Pryor Cashman LLP, Attn: Marie P. Hofsdal, 7 Times Square, New York, NY 10036-6569 | |
| 9880732 | + | UNITED BAINBRIDGE LLC, c/o RICHLAND & FALKOWSKI, 35-37 36TH ST., 2ND FLOOR, Astoria, NY 11106-1347 | |
| 9880733 | + | UNITED CONCRETE MIX OF, c/o YENISEY RODRIGUEZ-MCCLOSKEY LLP, 300 Cadman Plaza West, 12th Floor, Brooklyn, NY 11201-3226 | |
| 9880734 | + | UPREAL BROOKLYN EQUITY PROJECTS LIMITED, SCOTT STONE, 222 BLOOMINGDALE RD, 301, White Plains, NY 10605-1511 | |
| 9935929 | + | United Rentals (North America), c/o Steven Cohen LLC, 540 E 180 St. Ste. 203, Bronx, NY 10457-3322 | |
| 9880658 | + | United States Attorney, Eastern District of New York, 147 Pierrepont Plaza, Brooklyn, NY 11201-2712 | |
| 9880661 | + | United States of America, c/o U.S. Attorney, 86 Chambers Street, New York, NY 10007-1825 | |
| 9912196 | + | WACHTEL MISSRY LLP, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 | |
| 9880737 | + | WHITE OAK PROJECTS, LLC, c/o SEYFARTH SHAW LLP, 620 8th Ave, New York, NY 10018-1618 | |
| 9880736 | + | Watchtell Missry LLP, 885 2nd Ave, Attn: Eli Dweck, Esq., New York, NY 10017-2218 | |
| 9892884 | + | White Oak Projects, LLC, c/o Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018-1618 | |
| 9880738 | + | White Oaks, c/o Shiponi Law Firm PC, 10706 71st Road, #2, Forest Hills, NY 11375-4778 | |
| 9880739 | + | White Oaks, c/o Daniel Gershburg, 85 Broad St #18, New York, NY 10004-2783 | |
| 9880742 | + | YOAV MORITZ, c/o SCHRIER & ASSOCIATES, 250 OLD COUNTRY ROAD,, 3rd Floor, Mineola, NY 11501-4212 | |
| 9880740 | | Yigal Arnon & Co., Attention: Benjamin Horef, 5 Azrieli Center, Tel Aviv, Israel 6702501 | |
| 9880741 | + | Yoav Moritz, c/o Ingram Yuzek Gainen Carroll, 250 Park Avenue, 6th floor, New York, NY 10177-0001 | |
| 9880743 | + | ZAG-S&W, 1633 Broadway, Attention: Eran Ben Dor, New York, NY 10019-6708 | |

TOTAL: 117

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDJDOYAGA.COM | Jun 02 2021 22:08:00 | David J. Doyaga, 26 Court Street, Suite 1601, Brooklyn, NY 11242-1116 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 02 2021 18:06:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 02 2021 18:06:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 9880673 | + | EDI: AMEREXPR.COM | Jun 02 2021 22:08:00 | American Express, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 9880684 | + | EDI: CAPITALONE.COM | Jun 02 2021 22:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 9880685 | + | EDI: CITICORP.COM | Jun 02 2021 22:08:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 9880660 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 02 2021 18:06:00 | NYS Dept of Tax & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| 9880723 | + | Email/Text: taminelsonpmo@gmail.com | Jun 02 2021 18:06:00 | Tamika Nelson, 436 MacDonough Street, Brooklyn, NY 11233-1114 |
| 9880735 | + | Email/Text: vci.bkcy@vwcredit.com | Jun 02 2021 18:06:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9895901 | | Prophet Capital Asset Management |
| aty | *+ | David J. Doyaga, 26 Court Street, Suite 1601, Brooklyn, NY 11242-1116 |
| 9905216 | *+ | Herc Rentals, Inc., c/o Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |

| District/off: 0207-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 178 | Total Noticed: 126 |

9892591    *    Jerry A. Montag, Esq., SEYFARTH SHAW LLP, 620 Eighth Avenue, New York, NY 10018, (212) 218-5598, email: jmontag@seyfarth.com

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex E. Tsionis | on behalf of Trustee David J. Doyaga atsionis@ajrlawny.com arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com |
| Danielle E Cohen | on behalf of Plaintiff Herc Rentals Inc. dcohen@tessercohen.com, jgalano@tessercohen.com |
| Danielle E Cohen | on behalf of Creditor Herc Rentals Inc. dcohen@tessercohen.com, jgalano@tessercohen.com |
| David J. Doyaga | on behalf of Trustee David J. Doyaga david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com |
| David J. Doyaga | david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com |
| Doris Barkhordar | on behalf of Creditor SS-NP-Select Delaware Owner Trust DorisB@DandSLaw.com wfielding@dandslaw.com |
| Dylan Matthew Lackowitz | on behalf of Attorney Wachtel Missry LLP dml@pryormandelup.com dlackowitz@wmllp.com |
| Elizabeth M Aboulafia | on behalf of Creditor Limor Goren a/k/a Cohen eaboulafia@cullenanddykman.com |
| Jerry A Montag | on behalf of Creditor White Oak Projects LLC jmontag@seyfarth.com, NYCManagingClerksOffice@seyfarth.com |
| Jerry A Montag | on behalf of Creditor Plenitude Capital LLC jmontag@seyfarth.com NYCManagingClerksOffice@seyfarth.com |
| Marie Polito Hofsdal | on behalf of Creditor Titan Capital ID LLC mhofsdal@pryorcashman.com |
| Mark A. Frankel | on behalf of Debtor Boaz Arik Gilad mfrankel@bfklaw.com mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com |
| Maximilian D Travis | on behalf of Creditor ECSI Contracting Corporation mtravis@muchmorelaw.com |
| Milad Boddoohi | on behalf of Creditor Guy Gissin in his capacity as Claims Trustee for Brookland Upreal Limited mboddoohi@ssrga.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Scott A Krinsky | on behalf of Defendant Boaz Arik Gilad skrinsky@bfklaw.com |

Scott A Krinsky
          on behalf of Defendant Boaz Arik Gilad skrinsky@bfklaw.com

Scott A Krinsky
          on behalf of Counter-Claimant Boaz Arik Gilad skrinsky@bfklaw.com

Scott A Krinsky
          on behalf of Debtor Boaz Arik Gilad skrinsky@bfklaw.com

Stephen B Selbst
          on behalf of Creditor PMONY Inc. and Prophet Capital REIT, Inc. sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

TOTAL: 20

District/off: 0207-1 User: admin Page 5 of 5
Date Rcvd: Jun 02, 2021 Form ID: 178 Total Noticed: 126

on behalf of Creditor PMONY Inc. and Prophet Capital REIT, Inc. sselbst@herrick.com

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Boaz Arik Gilad<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2009<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   9/3/20 |
| Case number: | 1–20–43233–jmm | |

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before August 31, 2021** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site:
(http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: June 2, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]