UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BOAZ ARIK GILAD, | Case No.: 20-43233-jmm |
| Debtor. | |

----------------------------------------------------------x

| | |
|---|---|
| DAVID J. DOYAGA, SR., Solely as Chapter 7 Trustee of the Estate of BOAZ ARIK GILAD, | Adv. Pro. No.: 21-01184-jmm |
| Plaintiff, | |
| -against- | |
| 583 HART LLC, | |
| Defendant. | |

----------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**

1. On February 25, 2022, David J. Doyaga, Sr., Solely as Chapter 7 Trustee of the Estate of Boaz Arik Gilad (the "Movant") filed a *Motion to Compromise Controversy Between the Chapter 7 Trustee and 583 Hart LLC* [Bankr. Dkt. No. 114] (the "Motion").

2. Contemporaneously with the Motion, the Movant filed a notice of hearing on the Motion scheduling a hearing on the Motion for May 3, 2022 at 11:00 a.m.

3. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received not later than 7 days before the hearing date (the "Objection Deadline").

[*Remainder of Page Intentionally Left Blank*]

4. The Objection Deadline has passed and no objections or other responsive pleadings to the Motion have been received by the Movant or filed with the Court. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing.

Dated: April 27, 2022
Huntington, New York

Respectfully submitted,

**Law Offices of Avrum J. Rosen, PLLC**

By: */s/ Alex E. Tsionis*
Alex E. Tsionis, Esq.
Avrum J. Rosen, Esq.
38 New Street
Huntington, New York 11743
(631) 423-8527
atsionis@ajrlawny.com
arosen@ajrlawny.com

*Counsel to David J. Doyaga, Sr.*
*Solely as Chapter 7 Trustee of the*
*Estate of Boaz Arik Gilad*